1
2
3
4
5
6
7
8
9
10

UNITED STATES DISTRICT COURT
IN AND FOR THE WESTERN DISTRICT OF WASHINGTON
SEATTLE DIVISION

| | |
|---|---|
| AMA MULTIMEDIA, LLC, a Nevada limited liability company<br><br>    Plaintiff,<br><br>    vs.<br><br>SPANKBANG.COM; NIVUN PTE LTD, a foreign corporation, individually and d/b/a SPANKBANG.COM; and John Does 1-20,<br><br>    Defendants. | **CASE NO.**<br><br><br>**COMPLAINT FOR DAMAGES AND INJUNCTIVE RELIEF** |

11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26

   Plaintiff, AMA Multimedia LLC (hereinafter referred to as "Plaintiff") by and through its

counsel, file this complaint against Defendants Spankbang.com, Nivun PTE Ltd, and the Doe

Defendants (collectively hereinafter referred to as "Defendant" or "Defendants").

COMPLAINT FOR DAMAGES AND INJUNCTIVE RELIEF
- 1

**JURISDICTION AND VENUE**

1.      Plaintiff AMA Multimedia LLC is a Nevada limited liability company with it principal place of business in Las Vegas, Nevada.

2.      Defendant Spankbang.com is an Internet website that displays and distributes adult oriented videos, content, and services.

3.      The spankbang.com domain name is held by Whoisguard, Inc. using registrar Enom, Inc.  Whoisguard, Inc. is a foreign corporation located in the Republic of Panama.  Enom, Inc. is a division of Rightside Operating Co., a Washington corporation with headquarters located in Kirkland, Washington.

4.      Defendant Nivun Pte. Ltd. is a foreign company with offices located in Singapore and, upon information and belief, organized under the laws of Singapore.

5.      The actual identity of other owners and/or operators of spankbang.com are currently unknown as they are using Whoisguard, Inc. to shield themselves.

6.      Defendants contract with Cloudflare, Inc. located in San Jose, California, to operate Defendant's name servers.

7.      Defendants contract with Traffichaus for Internet advertising.  Traffichaus is a United States company, with offices located in San Diego, California.

8.      The Court has personal jurisdiction over the Defendants, who have engaged in business activities in and directed to this district, and have committed tortious acts within this district or directed at this district.

9.      Any alien defendant is subject to jurisdiction in any district. See 28 U.S.C. 1391 ("An alien may be sued in any district.") See also Fed. R. Civ. P. 4(k)(2).

COMPLAINT FOR DAMAGES AND INJUNCTIVE RELIEF - 2

10.     This Court has subject matter jurisdiction over Plaintiff's federal claims pursuant to 17 U.S.C. § 101 et seq., Section 32 of the Lanham Act, 15 U.S.C. §1114(1), 15 U.S.C. § 1121, 15 U.S.C. §1125, 28 U.S.C. §1331 and 28 U.S.C. §1338.

11.     Venue is appropriate in this District pursuant to 28 U.S.C. § 1391(b) and/or (c).

12.     This Court has personal jurisdiction pursuant to 28 U.S.C. §§ 1391(b), (c) and/or (d) and 28 U.S.C. § 1400(a).

## PARTIES

13.     The named Plaintiff is the rightful copyright, trademark, and intellectual property owner of the respective United States copyrights, trademarks and intellectual property that is the basis for this action.

14.     Plaintiff AMA Multimedia, LLC ("AMA") is a Nevada limited liability company with its principal place of business in Las Vegas, Nevada. AMA produces adult audiovisual material, which it distributes through DVD sales and the World Wide Web via its web sites under its known brands "Passion-HD" and "Porn Pros," among others.

15.     The AMA web sites, a network of twenty plus adult entertainment properties, are paid membership websites featuring over 1000 models in exclusive content.

16.     AMA engages in extremely limited licensing of its content to other entities or websites for viewing, in addition to the small sample of promotional materials provided to affiliates for the sole purpose of the affiliates' promoting AMA property.  Any licensing is done with the intent for brand exposure and is limited to a small subset of hand-selected content.  Predominantly, the AMA business model is simply that a user must be a paid member to an AMA site to view AMA works.

COMPLAINT FOR DAMAGES AND INJUNCTIVE RELIEF - 3

17. AMA holds over 900 US Copyright Registrations for its audiovisual work and 12 Trademarks for its brands, including for all works listed in this Complaint.

18. Plaintiff is the respective producer, distributor, and exclusive licensor of its own motion pictures in the United States as well as throughout the world.

19. Plaintiff has registered with the United States Copyright Office the copyrighted works identified in this Complaint.  Plaintiff's videos are watermarked with Plaintiff's readily identifiable logo.

20. Plaintiff's Pornpros trademark and service mark has been continuously used in commerce since February 2008.  U.S. Trademark Registration No. 3566875 was registered on January 27, 2009.

21. Plaintiff has expended considerable effort and expense in promoting its trademark and the goods sold under the trademark Pornpros.  As a result, the purchasing public has come to know, rely upon and recognize the mark Pornpros as an international brand of high quality adult entertainment.

22. Plaintiff's Passion-HD.com trademark and service mark has been continuously used in commerce since December 2011.  U.S. Trademark Registration No. 4190291 was registered on August 14, 2012.

23. Plaintiff has expended considerable effort and expense in promoting its trademark and the goods sold under the trademark Passion-HD.com.  As a result, the purchasing public has come to know, rely upon and recognize the mark Passion-HD.com as an international brand of high quality adult entertainment.

COMPLAINT FOR DAMAGES AND INJUNCTIVE RELIEF - 4

24.     Plaintiff's Passion-HD trademark and service mark has been continuously used in commerce since December 2011.  U.S. Trademark Registration No. 4251457 was registered on November 27, 2012.

25.     Plaintiff has expended considerable effort and expense in promoting its trademark and the goods sold under the trademark Passion-HD.  As a result, the purchasing public has come to know, rely upon and recognize the mark Passion-HD as an international brand of high quality adult entertainment.

26.     Plaintiff's Castingcouch-x.com trademark and service mark has been continuously used in commerce since October 2012.  U.S. Trademark Registration No. 4575672 was registered on July 29, 2014.

27.     Plaintiff has expended considerable effort and expense in promoting its trademark and the goods sold under the trademark Castingcouch-x.com.  As a result, the purchasing public has come to know, rely upon and recognize the mark Castingcouch-x.com as an international brand of high quality adult entertainment.

28.     Plaintiff's FantasyHD trademark and service mark has been continuously used in commerce since April 2013.  U.S. Trademark Registration No. 4591117 was registered on August 26, 2014.

29.     Plaintiff has expended considerable effort and expense in promoting its trademark and the goods sold under the trademark FantasyHD.  As a result, the purchasing public has come to know, rely upon and recognize the mark FantasyHD as an international brand of high quality adult entertainment.

**FREEMAN LAW FIRM, INC.**
1107 ½ Tacoma Avenue South
Tacoma, WA 98042
(253) 383-4500 - (253) 383-4501 (fax)

30.     Plaintiff's Tiny4k.com trademark and service mark has been continuously used in commerce since May 2014.  U.S. Trademark Registration No. 4678642 was registered on January 27, 2015.

31.     Plaintiff has expended considerable effort and expense in promoting its trademark and the goods sold under the trademark Tiny4k.com.  As a result, the purchasing public has come to know, rely upon and recognize the mark Tiny4k.com as an international brand of high quality adult entertainment.

32.     Defendants compete against Plaintiff in the distribution and sale of adults-only audio-visual works through Internet distribution and divert potential customers from Plaintiff.

33.     Further, upon information and belief, Defendants directly financially benefit collectively or individually, from advertising revenue on spankbang.com.  The presence of high quality and lengthy infringing videos spankbang.com contribute to users returning to the site and the overall growth of its audience, in turn which leading to higher advertising revenue for the Defendants.

34.     Defendant Nivun Pte. Ltd. is a listed with the United States Copyright Office as the owner/operator of spankbang.com.  However, it is believed that this is a sham company listing its address in Singapore while the distribution of pornography is illegal in Singapore.

35.     On April 2, 2015, after being the subject of a different lawsuit, Defendants filed an Interim Designation of Agent to Receive Notification of Claimed Infringement with the United States Copyright Office.  Defendants informed the United State Copyright Office that Nivun Pte. Ltd. does business as spankbang.com.  Defendants appointed "Copyright Agent" with an address in Florida as Agent to received copyright take down notices.

COMPLAINT FOR DAMAGES AND INJUNCTIVE RELIEF - 6

36.     Defendants fail to honor take down notices delivered to their appointed DMCA Agent.

37.     Defendants fail to implement a reasonable repeat infringer policy for repeat infringers on Spankbang.com.

38.     Defendants fail to qualify for safe harbor protections for copyright infringement liability under the Digital Millennium Copyright Act.

39.     Does 1-20 are individual or entities that own spankbang.com and/or act in concert with spankbang.com.  The true names and capacities of which are presently unknown to Plaintiff. It is for that reason Plaintiff sues these Defendants by fictitious names. Plaintiff avers that each of the Doe defendants, along with the named defendant, jointly or severally, is responsible for the damages alleged herein.

## STATEMENT OF FACTS

40.     Congress' implementation of safe harbor provisions in the Digital Millennium Copyright Act ("DMCA") provides true internet service providers with protection against liability for copyright infringement resulting from the actions and/or postings of their users.  As a primary example, the safe harbor protections provide YouTube.com with protection from liability should one of its users post a copyright protected video without authority or license.

41.     The DMCA safe harbor provisions have been systematically abused by internet copyright infringers in an attempt to garner protection for pirate websites displaying copyrighted adult entertainment content without license or authority for free viewing to the public.  Under a veneer of DMCA compliance, the owners and operators attempt to hide behind the safe harbor provisions while monetizing the website through premium membership programs and substantial advertising contracts.

COMPLAINT FOR DAMAGES AND INJUNCTIVE RELIEF
- 7

42.     Spankbang.com is such a pirate website, displaying copyrighted adult entertainment content without authorization or license.

43.     Defendants purport to display videos that are uploaded and/or posted by third party users.  In order to upload or post a video, a user must first register as a member of the site and create an account with Defendants.

44.     Defendants entice and induce users to post videos on spankbang.com.  Defendants offer users the opportunity to watch and download videos in High Definition ("HD").  However, in order to take advantage such functionality on spankbang.com, the user must sign up for an account.

45.     Moreover, in order to download an HD video from Spankbang.com, a user must first upload a video to Spankbang.com.  However, if a user wishes to download a Standard Definition video, no video upload is required and they may do so at any time.

46.     On information and belief, many registered users download the Standard Definition videos and immediately re-upload the very same Standard Definition videos they just downloaded, in order to "unlock" the High Definition videos on Spankbang.com.  This creates a death spiral to copyright holders and helps magnify the level of copyright infringement on Spankbang.com.

47.     Videos on spankbang.com may be shared by the user with others, regardless of whether they have uploaded a video to the site, as the user is provided with direct links for posting on or to any social media site including, but not limited to, Facebook, Twitter, Google or via to Email to anyone regardless of age or location.  Such functionality makes it impossible to know how many times and where an unlicensed copyrighted video has been posted and displayed illegally as a direct result of Defendants unlawful display.

48.     Defendants permit users of spankbang.com to search all videos and create "playlists" of chosen videos.  The user can then access these playlists from any computer or mobile device.

COMPLAINT FOR DAMAGES AND INJUNCTIVE RELIEF - 8

49.     At all times relevant to the infringing conduct alleged herein, Spankbang.com failed to fulfill the requisite conditions precedent to qualify for the safe harbor provisions of the DMCA.

50.     In or about July 2015, and for an unknown time before, Defendants' website Spankbang.com displayed 25 of Plaintiff's copyright registered works over 33 separate and distinct URLs  - each a part of Spankbang.com.  Defendants have no authority or license to display or distribute any portion of Plaintiffs' copyrighted works.

51.     On or about July 29, 2015, Plaintiff, or an authorized representative of Plaintiff, sent via Federal Express and thereafter delivered to Defendant's DMCA Agent DMCA compliant take down notices for each of the registered works.

52.     In or about November 2015, Defendants' website Spankbang.com continued to display 18 of the 25 copyright registered works on the same 21 URLs as were subject to the July 2015 DMCA compliant take down notices.

53.     In or about December 2015, Defendants' website Spankbang.com displayed an additional 44 of Plaintiff's copyright registered works over 49 separate and distinct URLs  - each a part of Spankbang.com.  Defendants have no authority or license to display or distribute any portion of Plaintiffs' copyrighted works.

54.     On or about December 10, 2015, Plaintiff, or an authorized representative of Plaintiff, sent via Federal Express and thereafter delivered to Defendant's DMCA Agent DMCA compliant take down notices for each of the registered works.  At the same time, Plaintiff, or an authorized representative of Plaintiff, delivered to Defendant's DMCA Agent, via Federal Express, twenty-one (21) *second* DMCA compliant take down notices for registered works that continued to be displayed subject to the July take down notices.

COMPLAINT FOR DAMAGES AND INJUNCTIVE RELIEF - 9

**FREEMAN LAW FIRM, INC.**
1107 ½ Tacoma Avenue South
Tacoma, WA 98042
(253) 383-4500 - (253) 383-4501 (fax)

55.     In or about March 2016, Defendants' website Spankbang.com continued to display 54 of Plaintiff's copyright registered works on the same 67 URLs that were subject to previous DMCA compliant take down notices.  These copyrighted works, their corresponding Spankbang.com page, and DMCA notice dates are listed in Exhibit A, attached hereto.

56.     Defendants fail to properly notify its users of its repeat infringer policy.  In the Terms of Service, Defendants purport that the repeat infringer policy is termination upon three infringement notices for a user within a six-month period.  On the DMCA page, Defendants purport that the repeat infringer policy is termination upon three infringement notices for a user within a three-month period.  There is no indication which of these two policies is the actual policy applied by Defendants.

57.     Moreover, Defendants fail to implement *either* of the stated repeat infringer policies. Working with two leading industry takedown and copyright use tracking services, Takedown Piracy and Battleship Stance, Plaintiff was able to garner information regarding numerous specific users, associated with the uploading of Plaintiff's content that have not been terminated as repeat infringers in spite of DMCA takedown notices in excess of either of Defendants policies.   By way of example (noting that these records are from *currently known* take down notices, and there are likely more notices in existence from other entities):

    a.   In February 2016, Defendants received 5 DMCA compliant take
         down notices specific to user "cycochambers."  Nonetheless,
         Cycochambers was not terminated and is purported to have posted a
         video as recently as March 4, 2016.

    b.   Between January 2016 and February 2016, Defendants received 5
         DMCA compliant take down notices specific to user "erving."

COMPLAINT FOR DAMAGES AND INJUNCTIVE RELIEF - 10

Nonetheless, Erving was not terminated and is purported to have posted a video as recently as March 4, 2016.

c.  Between December 2015 and February 2016, Defendants received 19 DMCA compliant take down notices specific to user "pimpdaddy773."  Nonetheless, Pimpdaddy773 was not terminated and is purported to have posted a video as recently as March 4, 2016.

d.  In December 2015, Defendants received 3 DMCA compliant take down notices specific to user "sexy eye."  Nonetheless, Sexy Eye was not terminated and is purported to have posted a video as recently as February 2016.

e.  In January 2016 and February 2016, Defendants received 9 DMCA complaint take down notices specific to user "sunny20."  Nonetheless, Sunny20 was not terminated and is purported to have posted a video as recently as March 4, 2016.

f.  In January 2016 and February 2016, Defendants received 6 DMCA complaint take down notices specific to user "warhog27c."  Nonetheless, Warhog27c was not terminated and is purported to have posted a video as recently as March 4, 2016.

58.     A search of Defendants website in March 2016 revealed one thousand six hundred thirteen (1,613) new infringements of Plaintiff's intellectual property, beyond those which were subject to previous take down notices.  There is no repeat infringer policy actually implemented and DMCA Takedown Notices do not garner the result Congress intended: they do not stop the continued infringement of Plaintiff registered works.  For example:

COMPLAINT FOR DAMAGES AND INJUNCTIVE RELIEF - 11

**FREEMAN LAW FIRM, INC.**
1107 ½ Tacoma Avenue South
Tacoma, WA 98042
(253) 383-4500 - (253) 383-4501 (fax)

      a.   Spankbang.com user Pimpdaddy773 was the subject of 19 take down notices within three months, but not terminated.  Subsequently, Pimpdaddy773 is purported to have posted eleven (11) new infringements of Plaintiff's copyrighted works.

      b.   Spankbang.com user Cycochambers was the subject of 5 take down notices within three months, but not terminated.  Subsequently, Cycochambers is purported to have posted thirty-one (31) new infringements of Plaintiff's copyrighted works.

      c.   Spankbang.com user Sunny20 was the subject of 9 take down notices within three months, but not terminated.  Subsequently, Sunny20 is purported to have posted three (3) new infringements of Plaintiff's copyrighted works.

59.    The operations of the website render a copyright holder's ability to police its copyrights on Spankbang.com futile.

60.    Further, upon information and belief, videos that are posted on Spankbang.com are not uploaded by unrelated third party users, but by Defendants themselves or by persons employed by or contracted with Defendants for purpose of uploading content to the web site.

61.    At times, after receipt of a take down notice, Defendants change the user purportedly associated with uploading the video while maintaining the video on the same URL.

62.    At times, Defendants purported records of registered users are inconsistent with valid users, including video posts for users before their purported join dates and inconsistent join dates for a particular user.  More concisely, some users have videos published on dates that pre-date the date they actually joined Spankbang.com.

**FREEMAN LAW FIRM, INC.**
1107 ½ Tacoma Avenue South
Tacoma, WA 98042
(253) 383-4500 - (253) 383-4501 (fax)

63.     The infringement of intellectual property on Spankbang.com is not limited to the unlawful display of Plaintiff's copyrighted works.  In specific instances of copyright infringement, Defendants have also infringed Plaintiff's registered trademarks.

64.     For Plaintiff's videos that are displayed without authority on Spankbang.com, the Defendants have caused Plaintiff's trademarks to be used in the meta tags and/or meta descriptions for the URL of the infringing video.

65.     A meta tag is an HTML (hypertext markup language) code embedded on a Web page that is used by the website owner to identify the site content.  Meta tags are powerful tools because they have a direct effect on the frequency with which many search engines will find a website.

66.     Meta tags and/or meta descriptions are used by Internet search engines as an indexing tool to determine which web sites correspond to search terms provided by a user.

67.     Meta tags do not affect the appearance of a website and are not visible when you look at a Web page, but they provide information regarding the content of the site.

68.     Some websites use meta tags in a deceptive manner to lure Web surfers. Instead of using terms that properly describes the site, some programmers substitute the names of competing companies. For example, a rival shoe manufacturer may bury the meta tag "Nike" in its Web page to lure Web surfers searching for Nike products.  In the case of the website selling handmade watches, the meta tag might include "Rolex, Swatch, Bulova, Cartier."

69.     By using Plaintiff's trademarks in Defendants' meta tags and/or meta descriptions, Defendants use Plaintiff's trademarks in commerce and in connection with their promotions, sales, and advertising.

70.     The use of Plaintiff's trademarks in Defendants' meta tags and/or meta descriptions is likely to cause confusion to the end users/consumers.

COMPLAINT FOR DAMAGES AND INJUNCTIVE RELIEF
- 13

71.     For example, for many of the videos displayed without authority or license on Spankbang.com, "FantasyHD," a Plaintiff trademark, is included in the meta tags and/or meta description.  Therefore, a user utilizing an internet search engine searching for "FantasyHD" will discover that Plaintiff's videos can be viewed for free on Spankbang.com.  This will and does create confusion on behalf of the user that Spankbang.com is an authorized distributor of Plaintiff's videos and, importantly, a belief that Plaintiff's videos are available for free viewing.

72.     Upon information and belief, Defendants have actual knowledge and clear notice of the infringement of Plaintiff's titles or else is willfully blind to the rampant infringement.  The infringement is clear and obvious even to the most naïve observer.  Plaintiff's films are indexed, displayed and distributed on Defendants' website through Defendant and the Doe Defendants acting in concert.  Plaintiff's and other major producers' trademarks are used to index infringing material along with other identifiers which is evidence of knowledge and intent.

73.     By virtue of the conduct alleged herein, Defendants knowingly promote, participate in, facilitate, assist, enable, materially contribute to, encourage, and induce copyright infringement, and thereby have infringed, secondarily infringed, and induced infringement by others, the copyrights in Plaintiffs' copyrighted work.

74.     Defendants, either jointly, severally, actually, constructively, and with or without direct concert with one another, deprived Plaintiffs of the lawful monetary rewards that accompany its rights in the copyrighted works.  Defendants disregard for copyright trademark laws threaten Plaintiff's business.

75.     Defendants intentionally, knowingly, negligently, or through willful blindness avoided reasonable precautions to deter rampant copyright infringement on their website.

**FREEMAN LAW FIRM, INC.**
1107 ½ Tacoma Avenue South
Tacoma, WA 98042
(253) 383-4500 - (253) 383-4501 (fax)

76.     Defendants make no attempt to identify any individual providing the works, where the individual obtained the works, whether the individuals had authority to further reproduce and distribute the works or if such parties even exist.

77.     Defendants' acts and omissions allow them to profit from their infringement while imposing the burden of monitoring Defendants' website onto copyright holders, without sufficient means to prevent continued and unabated infringement.

**FIRST CAUSE OF ACTION**
**Copyright Infringement – 17 U.S.C. §§ 101 *et. seq.***
**Against All Defendants**

78.     Plaintiff repeats, re-alleges, and incorporates by reference each and every preceding allegation set forth herein.

79.     Plaintiff holds the copyright on each of the infringed works alleged herein.

80.     Plaintiff registered each copyright with the United States Copyright Office.

81.     At all pertinent times, Plaintiff is the producer and registered owner of the audiovisual works illegally and improperly reproduced and distributed by Defendants.

82.     Defendants copied, reproduced, reformatted, and distributed Plaintiffs copyrighted works by and through servers and/or hardware owned, operated and/or controlled by Defendants.

83.     Defendants did not have authority or license to copy and/or display Plaintiffs original works.

84.     Defendants infringed Plaintiff's copyrighted works by reproducing and distributing works through Defendants' website without property approval, authorization, or license of Plaintiff.

**FREEMAN LAW FIRM, INC.**
1107 ½ Tacoma Avenue South
Tacoma, WA 98042
(253) 383-4500 - (253) 383-4501 (fax)

85.     Defendants knew or reasonably should have known they did not have permission to exploit Plaintiffs' works on spankbang.com and further knew or should have known their acts constituted copyright infringement.

86.     Defendants made no attempt to discover the copyright owners of the pirated works before exploiting them.  Defendants failed and refused to take any reasonable measure to determine the owner or license holder of the copyrighted works.

87.     Defendants engaged in intentional, knowing, negligent, or willfully blind conduct sufficient to demonstrate they engaged actively in the improper collection and distribution of Plaintiffs' copyrighted works.

88.     The quantity and quality of copyright files available to Internet users increased the attractiveness of Defendants' service to its customers, therefore increasing its advertising revenue.

89.     Based on information and belief, Defendants actively uploaded pirated copyrighted files and/or embedded code enabling users of spankbang.com to view copyrighted videos and images.

90.     Defendants controlled the files removed from Defendants' website and determined which files remained for display and distribution.

91.     Defendants never adopted procedures to ensure that distribution of Plaintiff's copyrighted materials would not occur. Further, Defendants never established, implemented, or enforced a "repeat infringer" policy.

92.     Defendants were aware, either actually or constructively, should have been aware, or was willfully blind that pirated copyrighted materials comprised the most popular videos on the Defendants website.

COMPLAINT FOR DAMAGES AND INJUNCTIVE RELIEF - 16

93.     Defendants, through spankbang.com, affirmatively and willfully accommodated Internet traffic generated by the illegal acts.

94.     Defendants' conduct was willful within the meaning of 17 U.S.C. § 101, *et seq.*  At a minimum, Defendants acted with willful blindness and reckless disregard of Plaintiff 's registered copyrights.

95.     Because of their wrongful conduct, Defendants are liable to Plaintiff for copyright infringement. See 17 U.S.C. §501. Plaintiff suffers and will continue to suffer substantial losses, including, but not limited to, damage to its business reputation and goodwill.

96.     The law permits Plaintiff to recover damages, including readily ascertainable direct losses and all profits Defendants made by their wrongful conduct. 17 U.S.C. §504. Alternatively, the law permits Plaintiff to recover statutory damages. 17 U.S.C. §504(c).

97.     Because of Defendants' willful infringement, the law permits enhancement of the allowable statutory damages. 17 U.S.C. §504(c)(2).

98.     The law permits Plaintiff injunctive relief. 17 U.S.C. §502. Further, the law permits a Court Order impounding any and all infringing materials. 17 U.S.C. §503.


### SECOND CAUSE OF ACTION
### Contributory Copyright Infringement
### Against All Defendants

99.     Plaintiff repeats, re-alleges, and incorporates by reference each and every preceding allegation set forth herein.

100.     Unknown individuals, without authorization, reproduced and distributed Plaintiff's works through Defendants' website, directly infringing Plaintiff's copyrighted works.

101.     Defendants contributed to the infringing acts of those individuals.

COMPLAINT FOR DAMAGES AND INJUNCTIVE RELIEF - 17

102.     Defendants were aware, should have been aware, or were willfully blind to the infringing activity.

103.     Defendants aided, abetted, allowed, and encouraged those individuals to reproduce and distribute Plaintiff's copyrighted works through Defendants' website without regard to copyright ownership.

104.     Defendants had the ability and obligation to control and stop the infringements. Defendants failed to do so.

105.     Defendants have engaged in the business of knowingly inducing, causing, and/or materially contributing to unauthorized reproduction, adaptation, public display and/or distribution of copies of the Plaintiff's copyrighted works, and thus to the direct infringement of Plaintiff's copyrighted works.

106.     Defendants received direct financial benefits from the infringements.

107.     On information and belief, Defendants' actions constitute contributory infringement of Plaintiff's copyrights and exclusive rights under copyright in the Plaintiffs' copyrighted works in violation of the Copyright Act, 17 U.S.C. §§ 106 and 501.

108.     The unauthorized reproduction, distribution, and public display of Plaintiff's copyrighted works that Defendant enables, causes, materially contributes to and encourages through the acts described above are without Plaintiff's consent and are not otherwise permissible under the Copyright Act.

109.     The acts of infringement by Defendants have been willful, intentional, purposeful and in reckless disregard of and with indifference to Plaintiff's rights.

**FREEMAN LAW FIRM, INC.**
1107 ½ Tacoma Avenue South
Tacoma, WA 98042
(253) 383-4500 - (253) 383-4501 (fax)

110.     As a direct and proximate result of the infringements by Defendants of Plaintiff's copyrights and exclusive rights under copyright in the Plaintiff's copyrighted works, Plaintiff is entitled to its actual damages and Defendants' profits pursuant to 17 U.S.C. § 504(b).

111.     Alternatively, Plaintiff is entitled to maximum statutory damages, pursuant to 17 U.S.C. § 504(c ), in the amount of $150,000 with respect to each work infringed, or such other amounts as may be proper under 17 U.S.C. § 504(c ).

112.     Plaintiff is further entitled to their attorneys' fees and full costs pursuant to 17 U.S.C. § 505.

### THIRD CAUSE OF ACTION
### Vicarious Copyright Infringement
### Against All Defendants

113.     Plaintiff repeats, re-alleges, and incorporates by reference each and every preceding allegation set forth herein.

114.     Without authorization, individuals reproduced, distributed, and publicly displayed Plaintiff's works through Defendants' website, directly infringing Plaintiff's copyrighted works.

115.     Defendants were actually or constructively aware or should have been aware or were willfully blind to the infringing activity.

116.     Defendants were able to control or completely end the illegal and improper infringement, but failed to do so.

117.     Defendants contributed materially to the infringement.

118.     Defendants received directly financial gain and profit from those infringing activities.

119.     The acts, omissions, and conduct of all Defendants constitute vicarious copyright infringement.

COMPLAINT FOR DAMAGES AND INJUNCTIVE RELIEF - 19

120.     The acts of infringement by Defendants have been willful, intentional, purposeful and in reckless disregard of and with indifference to Plaintiff's rights. As a direct and proximate result of the infringements by Defendants of Plaintiff's copyrights and exclusive rights under copyright in the Plaintiffs' copyrighted works, Plaintiff is entitled to its actual damages and Defendants' profits pursuant to 17 U.S.C. § 504(b).

121.     Alternatively, Plaintiff is entitled to maximum statutory damages, pursuant to 17 U.S.C. § 504(c ), in the amount of $150,000 with respect to each work infringed, or such other amounts as may be proper under 17 U.S.C. § 504(c ).

122.     Plaintiff is further entitled to their attorneys' fees and full costs pursuant to 17 U.S.C. § 505.

**COUNT IV**
**Inducement of Copyright Infringement**
**Against All Defendants**

123.     Plaintiff repeats, re-alleges, and incorporates by reference each and every preceding allegation set forth herein.

124.     Defendants designed and/or distributed technology and/or devices and/or induced individuals to use this technology to promote the use of infringed and copyrighted material. As a direct and proximate result of Defendants' inducement, individuals infringed Plaintiff's copyrighted works. These individuals reproduced, distributed and publicly disseminated Plaintiff's copyrighted works through Defendants' website.

125.     On information and belief, Defendants have encouraged the illegal uploading and downloading of Plaintiff's copyrighted works, thus inducing the unauthorized reproduction, adaptation, public display and/or distribution of copies of the Plaintiff's copyrighted works, and thus to the direct infringement of Plaintiff's copyrighted works.

COMPLAINT FOR DAMAGES AND INJUNCTIVE RELIEF - 20

126.    Defendants' actions constitute inducing copyright infringement of Plaintiffs' copyrights and exclusive rights under copyright in the Plaintiffs' copyrighted works in violation of the Copyright Act, 17 U.S.C. §§ 106 and 501.

127.    The infringement of Plaintiff's rights in and to each of the Plaintiff's copyrighted works constituted a separate and distinct infringement.

128.    The acts of infringement by Defendants have been willful, intentional, purposeful and in reckless disregard of and with indifference to Plaintiff's rights.

129.    As a direct and proximate result of the infringements by Defendants of Plaintiff's copyrights and exclusive rights under copyright in the Plaintiff's copyrighted works, Plaintiffs are entitled to its actual damages and Defendants' profits pursuant to 17 U.S.C. § 504(b).

130.    Alternatively, Plaintiff is entitled to maximum statutory damages, pursuant to 17 U.S.C. § 504(c), in the amount of $150,000 with respect to each work infringed, or such other amounts as may be proper under 17 U.S.C. § 504(c).

131.    Plaintiff is further entitled to their attorneys' fees and full costs pursuant to 17 U.S.C. § 505.

### SIXTH CAUSE OF ACTION
### Trademark Infringement – 15 U.S.C. §§ 1111 *et. seq.*
### Against All Defendants

132.    Plaintiff repeats, re-alleges, and incorporates by reference each and every preceding allegation set forth herein.

133.    By virtue of its trademark registrations, Plaintiff has the exclusive right to use of the trademarks, trade dress and service marks enumerated in this Complaint in the adult-oriented audio-visual markets, including Internet markets.

**FREEMAN LAW FIRM, INC.**
1107 ½ Tacoma Avenue South
Tacoma, WA 98042
(253) 383-4500 - (253) 383-4501 (fax)

134.     Defendants' use of Plaintiff's registered trademarks and service marks is in a manner likely to cause consumer confusion, as alleged herein, constitutes trademark infringement pursuant to 15 U.S.C. § 1114.

135.     Defendants' infringement is intentional and willful, has caused and will continue to cause damage to Plaintiff in an amount to be proven at trial, and is causing irreparable hard to Plaintiff for which there is no adequate remedy at law, thus Plaintiff are entitled to statutory and treble damages.

### SEVENTH CAUSE OF ACTION
### Contributory Trademark Infringement – 15 U.S.C. §§ 1111 *et. seq.*
### Against All Defendants

136.     Plaintiff repeats, re-alleges, and incorporates by reference each and every preceding allegation set forth herein.

137.     By virtue of its trademark registrations, Plaintiff has the exclusive right to use of the trademarks, trade dress and service marks enumerated in this Complaint in the adult-oriented audio-visual markets, including Internet markets.

138.     Defendants' actions that encouraged use of Plaintiff's registered trademarks and service marks in manners likely to cause consumer confusion, as alleged herein, constitutes trademark infringement pursuant to 15 U.S.C. § 1114.

139.     Defendants' infringement is intentional and willful, has caused and will continue to cause damage to Plaintiff in an amount to be proven at trial, and is causing irreparable hard to Plaintiff for which there is no adequate remedy at law, thus Plaintiff are entitled to statutory and treble damages.

COMPLAINT FOR DAMAGES AND INJUNCTIVE RELIEF - 22

**EIGHTH CAUSE OF ACTION**
**False Designation of Origin under the Lanham Act – 15 U.S.C. §§ 1125 *et. seq.***
**Against All Defendants**

140.     Plaintiff repeats, re-alleges, and incorporates by reference each and every preceding allegation set forth herein.

141.     Upon information and belief, Defendants' conduct is likely to cause confusion, mistake or deception as to Defendants' affiliations, connection, or association with Plaintiff, or as to the origin, sponsorship or approval of their goods or commercial activities.

142.     Defendants' conduct as alleged herein, including but not necessarily limited to their use of Plaintiff's marks, constitutes false designation of origin pursuant to 15 U.S.C. § 1125(a).

143.     Plaintiff has been damaged by these acts in an amount to be proven at trial. Plaintiff is also entitled under the Lanham Act to injunctive and equitable relief against Defendants.

**PRAYER FOR RELIEF**

A.     That Defendants, their agents, servants, officers, directors, employees, attorneys, privies, representatives, successors and assigns and parent and subsidiary corporations or other related entities, and any or all persons in act of concert or participation with any of them, be preliminarily and permanently enjoined from:

(1)     Any and all reproduction, adaptation, public display and/or distribution of copies of the Plaintiff's copyrighted works by Defendants on any website, including but not limited to www.spankbang.com.

(2)     Permitting any user to upload for reproduction, adaptation, public display and/or distribution of copies of the Plaintiffs' copyrighted works by Defendants on any website, including but not limited to www.spankbang.com.com. and

(5)     Marketing or selling any product containing or utilizing Plaintiff's intellectual property or business values, unless expressly authorized by Plaintiff.

COMPLAINT FOR DAMAGES AND INJUNCTIVE RELIEF
- 23

B.     That Defendants be ordered to transfer the domain www.spankbang.com, and all similar domains held by Defendants found in discovery, such as misspellings of the enumerated domains, domains held by Defendants linked to www.spankbang.com and the content therein to Plaintiff.

C.     That Defendants be ordered to file with the Court and serve upon Plaintiff, within thirty (30) after the entry of an injunction, a report in writing and under oath, setting forth in detail the manner and form in which Defendants have complied with any ordered injunction;

D.     That Plaintiffs be awarded damages in an amount to be determined at trial for all infringing activities, including Plaintiff's damages and lost profits, Defendants' profits, plus any costs incurred in preventing future confusion, mistake or deception, all from the date of first infringement;

E.     That Defendants pay Plaintiff a sum sufficient to cover the cost of corrective advertising necessary to alleviate any existing or lingering confusion resulting from Defendants' unauthorized use of Plaintiff's trade dress and terms;

F.     That Defendants be ordered to account to Plaintiff for all profits, gains and advantages which have been realized as a consequence of their unauthorized use of Plaintiff's copyrighted works;

G.     That Plaintiff be awarded enhanced damages and attorney's fees;

H.     That Plaintiff be awarded pre-judgment and post-judgment interest;

I.     That Plaintiff be awarded costs and expenses incurred in prosecuting this action, including expert witness fees; and

J.     That such other and further preliminary and permanent relief be awarded to Plaintiff as the Court deems appropriate.

**FREEMAN LAW FIRM, INC.**
1107 ½ Tacoma Avenue South
Tacoma, WA 98042
(253) 383-4500 - (253) 383-4501 (fax)

1

2    DATED:  March 25, 2016                  Respectfully submitted,

3

4                                            By:

5                                                */s/ Spencer D. Freeman*

6                                                Spencer D. Freeman, Attorney at Law
                                                 Freeman Law Firm, Inc.
7                                                Attorney for Plaintiff
                                                 1107 ½ Tacoma Avenue South
8                                                Tacoma, WA 98402
                                                 Telephone:  253-383-4500
9                                                FAX:  253-383-4501
                                                 E-mail sfreeman@freemanlawfirm.org
10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

COMPLAINT FOR DAMAGES AND INJUNCTIVE RELIEF
- 25

EXHIBIT A

**SITE: SPANKBANG.COM**

| Copyright Registration | Title | Infringing Link | Date of Notice 1 | Date of Notice 2 |
|---|---|---|---|---|
| PA0001922944 | Casting Couch X video (2014.08) | http://spankbang.com/63qp/video/sammie+daniels | 7/31/2015 | 12/11/2015 |
| PA0001956394 | POVD video (2015.0506) | http://spankbang.com/66s6/video/aubrey+gold+hula+hoop+hottie | 7/31/2015 | 12/11/2015 |
| PA0001951157 | My Very First Time video (2015.0304) | http://spankbang.com/65kl/video/milly+austin+myveryfirsttime | 7/31/2015 | 12/11/2015 |
| 1-2653886046 | My Very First Time video (2015.0708) | http://spankbang.com/63sn/video/alice+march+alice+s+first+anal | 7/31/2015 | 12/11/2015 |
| PA0001804984 | Real Ex Girlfriends video (2011.11) | http://spankbang.com/68hx/video/tasha+reign | 7/31/2015 | 12/11/2015 |
| 1-1900054791 | Teen BFF video (2014.09) | http://spankbang.com/688d/video/maci+winslett+and+alex+tanner+posing+for+cum | 7/31/2015 | 12/11/2015 |
| PA0001951163 | Tiny 4K video 2015.0304. | http://spankbang.com/63gt/video/dillion+harper+excited+little+slut | 7/31/2015 | 12/11/2015 |
| PA0001929501 | 18 Years Old video (2014.09) | http://spankbang.com/6468/video/alli+rae+double+your+fun | 7/31/2015 | 12/11/2015 |
| PA0001954533 | Teen BFF video (2014.11) | http://www.spankbang.com/4lvl/video/jade+nile+alli+rae+bang+my+pussy | 7/31/2015 | 12/11/2015 |
| 1-2653886274 | POVD video (2015.0708) | http://spankbang.com/63yh/video/povd+goldie | 7/31/2015 | 12/11/2015 |
| PA0001956584 | POVD video 2015.0102. | http://spankbang.com/695u/video/bath+time | 7/31/2015 | 12/11/2015 |
| PA0001888272 | Pure Mature video (2013.09) | http://spankbang.com/65kv/video/ava+adams+gets+fucked | 7/31/2015 | 12/11/2015 |
| PA0001888272 | Pure Mature video (2013.09) | http://spankbang.com/67ph/video/cheating+busty+milf+at+gym | 7/31/2015 | 12/11/2015 |
| PA0001925797 | POVD video (2014.08) | http://spankbang.com/63zh/video/sex+at+a+young+age | 7/31/2015 | 12/11/2015 |
| PA0001901823 | POVD video (2014.03) | http://spankbang.com/63nj/video/povd+hd+dillion+harper | 7/31/2015 | 12/11/2015 |
| PA0001901823 | POVD video (2014.03) | http://spankbang.com/63nk/video/povd+hd+august+ames | 7/31/2015 | 12/11/2015 |
| PA0001901823 | POVD video (2014.03) | http://spankbang.com/65ap/video/povd+babe | 7/31/2015 | 12/11/2015 |

EXHIBIT A

| PA0001954530 | POVD video (2014.11) | http://spankbang.com/63nn/video/povd+hd+dillion+carter | 7/31/2015 | 12/11/2015 |
|---|---|---|---|---|
| PA0001857695 | Fantasy-HD video (2013.03) | http://www.spankbang.com/5zlh/video/the+masseuse | 12/10/2015 | |
| 1-1899988231 | Fantasy-HD video (2014.09) | http://www.spankbang.com/4pck/video/dp+marina+visconti | 12/10/2015 | |
| PA0001922946 | Tiny 4K video (2014.08) | http://www.spankbang.com/5hsn/video/good+luck+kiddo | 12/10/2015 | |
| PA0001827684 | Passion-HD video (2012.09) | http://www.spankbang.com/6n7i/video/este+par+de+nenas+solo+se+quieren+dar+placer | 12/10/2015 | |
| PA0001901823 | POVD video (2014.03) | http://spankbang.com/4sj6/video/reverse+pov+handjobs | 12/10/2015 | |
| PA0001827491 | Real Ex Girlfriends video (2012.09) | http://www.spankbang.com/4r9p/video/whitney+and+boyfriend | 12/10/2015 | |
| PA0001956584 | POVD video (2015.0102) | http://www.spankbang.com/4mon/video/morning+selfies | 12/10/2015 | |
| PA0001833728 | Massage Creep video (2013.01) | http://www.spankbang.com/5o1w/video/ex+gf+alice+march+swedish+labia+massage | 12/10/2015 | |
| PA0001954526 | Exotic 4K video (2014.11) | http://www.spankbang.com/4t7y/video/that+nadia+jay | 12/10/2015 | |
| PA0001954531 | Pure Mature video (2014.11) | http://www.spankbang.com/6nm7/video/janet+mason+bed+and+bath | 12/10/2015 | |
| PA0001956587 | Fantasy-HD video (2015.0102) | http://www.spankbang.com/4pyg/video/cat+nap+featuring+molly+jane | 12/10/2015 | |
| PA0001808098 | Passion-HD video (2012.01) | http://www.spankbang.com/6l3o/video/blonde+with+deep+throat+and+sexual+dreams+erica+fontes | 12/10/2015 | |
| PA0001893006 | 18 Years Old video (2014.01) | http://www.spankbang.com/aovv/video/angelica+happy+hour+lust | 12/11/2015 | |
| PA0001951171 | Exotic 4K video (2015.0304) | http://www.spankbang.com/9c6g/video/franceska+jaimes+spanish+oil | 12/11/2015 | |
| 1-2827816626 | Pure Mature video (2015.0910) | http://www.spankbang.com/92s2/video/phoenix+marie | 12/11/2015 | |
| PA0001929513 | POVD video (2014.09) | http://www.spankbang.com/9ipd/video/maddy+rose+pov | 12/11/2015 | |
| PA0001901823 | POVD video (2014.03) | http://www.spankbang.com/l8k/video/brunette+beauty+loves+it+hardcore | 12/11/2015 | |
| 1-2827777452 | Passion-HD video (2015.0910) | http://www.spankbang.com/ap5d/video/oily+massage+threesome+ffm | 12/11/2015 | |
| PA0001901823 | POVD video (2014.03) | http://www.spankbang.com/lpq/video/sexy+eve+angel+ta | 12/11/2015 | |

EXHIBIT A

| | | kes+two+cocks | | |
|---|---|---|---|---|
| PA0001951158 | Massage Creep video (2015.0304) | http://www.spankbang.com/9kv2/video/pornpro+massage girl | 12/11/2015 | |
| PA0001893385 | 18 Years Old video (2013.11) | http://www.spankbang.com/a30u/video/pretty+little+teens +4 | 12/11/2015 | |
| 1-2827740754 | Casting Couch X video (2015.0910) | http://www.spankbang.com/8rhy/video/castingcouch+x+l ucy+doll | 12/11/2015 | |
| PA0001956389 | Real Ex Girlfriends video (2015.0506) | http://www.spankbang.com/ak6l/video/platinum+blonde+ aubrey+gold | 12/11/2015 | |
| PA0001828918 | Pure Mature video (2012.11) | http://www.spankbang.com/aq3u/video/pure+milf+vol+10 | 12/11/2015 | |
| PA0001956613 | Tiny 4K video (2015.0102) | http://www.spankbang.com/areb/video/rachel+james+tigh t+muscles | 12/11/2015 | |
| PA0001954526 | Exotic 4K video (2014.11) | http://www.spankbang.com/apic/video/cassidy+banks+bb b | 12/11/2015 | |
| 1-3000354797 | Passion-HD video (2015.1112) | http://www.spankbang.com/aptl/video/best+new+samanth a+hayes+destiny+love | 12/11/2015 | |
| PA0001865691 | Pure Mature video (2013.07) | http://www.spankbang.com/9in1/video/best+kortney+kan e | 12/11/2015 | |
| PA0001956385 | Exotic 4K video (2015.0506) | http://www.spankbang.com/9ing/video/best+veronica+rod riguez | 12/11/2015 | |
| PA0001956389 | Real Ex Girlfriends video (2015.0506) | http://www.spankbang.com/ap95/video/best+new+riley+r eid | 12/11/2015 | |
| PA0001956390 | Casting Couch X videos (2015.0506) | http://www.spankbang.com/8mrq/video/best+lyn+hoyt | 12/11/2015 | |
| PA0001956393 | 18 Years Old video (2015.0506) | http://www.spankbang.com/8mr3/video/best+lyn+hoyt | 12/11/2015 | |
| PA0001956610 | 18 Years Old video (2015.0102) | http://www.spankbang.com/ara5/video/best+new+keisha+ grey | 12/11/2015 | |
| PA0001956397 | Pure Mature video (2015.0506) | http://www.spankbang.com/9nij/video/puremature+morni ng+jog | 12/11/2015 | |
| PA0001833577 | Real Ex Girlfriends video (2013.01) | http://www.spankbang.com/908x/video/jynx+maze+ii | 12/11/2015 | |
| PA0001929513 | POVD video (2014.09) | http://www.spankbang.com/90bm/video/jada+stevens | 12/11/2015 | |

EXHIBIT A

| PA0001892867 | POVD video (2014.02) | http://www.spankbang.com/apvg/video/cock+hero+boss+fight | 12/11/2015 | |
|---|---|---|---|---|
| PA0001888387 | Passion-HD video (2013.09) | http://www.spankbang.com/aoh0/video/giselle+mari+in+bloom | 12/11/2015 | |
| PA0001922944 | Casting Couch X video (2014.08) | http://www.spankbang.com/9j92/video/tellula+rose+casting | 12/11/2015 | |
| 1-2653886492 | Real Ex Girlfriends video (2015.0708) | http://www.spankbang.com/artd/video/passion+hd+samantha+hayes+early+to+rise+23+nov+2015 | 12/11/2015 | |
| PA0001954526 | Exotic 4K video (2014.11) | http://www.spankbang.com/9vuk/video/fantasy+hd+dillion+harper+wet+and+ready+15+sept+2015 | 12/11/2015 | |
| 1-2653862208 | Fantasy-HD video (2015.0708) | http://www.spankbang.com/9vq4/video/fantasy+hd+gracie+dai+take+a+dip+04+aug+2015 | 12/11/2015 | |
| PA0001828918 | Pure Mature video (2012.11) | http://www.spankbang.com/ap1o/video/rica+madura | 12/11/2015 | |
| 1-3000355005 | Pure Mature video (2015.1112) | http://www.spankbang.com/aqh8/video/a+sexy+milf+seen+from+different+angles | 12/11/2015 | |
| PA0001865684 | Real Ex Girlfriends video (2013.07) | http://www.spankbang.com/akh2/video/dani+coats+herself+with+cream | 12/11/2015 | |
| PA0001862822 | Fantasy-HD video (2013.05) | http://www.spankbang.com/8pk4/video/twister+sex | 12/11/2015 | |
| PA0001893402 | Casting Couch X video (2013.11) | http://www.spankbang.com/9ijb/video/august+ames+casting+couch | 12/11/2015 | |
| PA0001912974 | Pure Mature video (2014.05) | http://www.spankbang.com/ap6c/video/tommy+gunn+v+riley+amazon+d+cup+milf | 12/11/2015 | |
| PA0001954530 | POVD video (2014.11) | http://spankbang.com/63ns/video/povd+hd+lola+reve | 12/11/2015 | |