UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
SEATTLE DIVISION

| | |
|---|---|
| AMA MULTIMEDIA, LLC, a Nevada limited liability company,<br><br>Plaintiff,<br><br>vs.<br><br>SPANKBANG.COM; NIVUN PTE LTD, a foreign corporation, individually and d/b/a SPANKBANG.COM; and John Does 1-20,<br>Defendants. | **Case No.: 2:16-cv-00435-RAJ**<br><br>**DECLARATION OF JASON TUCKER IN SUPPORT OF PLAINTIFF'S *EX PARTE* MOTION FOR EARLY DISCOVERY**<br><br>NOTE ON MOTION CALENDAR:<br>April 14, 2016 |

I, Jason Tucker, under penalty of perjury, declare and state as follows:

1. I am a United States Citizen, over the age of 18 years old, make this declaration based upon personal knowledge and, if called to testify could and would testify competently to the facts set forth herein.

2. I am a director of Battleship Stance LLC, a leading intellectual property management and anti-piracy enforcement company. Our clients include award winning adult entertainment studios.

DECLARATION OF JASON TUCKER IN SUPPORT
OF PLAINTIFF'S *EX PARTE* MOTION FOR EARLY
DISCOVERY
- 1

FREEMAN LAW FIRM, INC.
1107 ½ Tacoma Avenue South
Tacoma, WA 98042
(253) 383-4500 - (253) 383-4501 (fax)

3. I have been in the business of legal adult entertainment production (both on and off the Internet), marketing, and management at an executive level for over ten (10) years, serving for over six (6) years as President of a company that owns and licenses one of the world's largest libraries of erotic images.

4. I have served as a consultant to Fortune 100 companies including Microsoft Corporation for the rollout of several versions of Windows Media and in the development and roll out of their Digital Rights Management technology and Akamai Technologies among others.

5. As an experienced executive within the adult entertainment industry, I have been featured and quoted in publications including Newsweek, BusinessWeek, USA Today, Wired, and the Washington Post and frequently am requested to speak on panels and at seminars at industry events on various industry related topics and trends.

6. I have been involved in more than fifty (50) federal lawsuits brought against a range of defendants for copyright infringement, and have previously served as an expert witness in similar proceedings.

7. AMA Multimedia LLC retained Battleship Stance LLC to investigate copyright and trademark violations and assist in certain litigation to enforce its intellectual property rights.

8. An Interim Designation of Agent to Receive Notification of Claimed Infringement was filed with the United States Copyright Office specific to the web site spankbang.com. Attached hereto as Exhibit A is a true and correct copy of the Designation.

9. This Designation lists Nivun Pte Ltd. as the full legal name of the service provider for spankbang.com, with an address in Singapore.

10. I have investigated Nivun Pte Ltd. in Singapore. I did find a reference to Nivun Pte Ltd. as a company in Singapore. However, I could not find any person actually

DECLARATION OF JASON TUCKER IN SUPPORT
OF PLAINTIFF'S *EX PARTE* MOTION FOR EARLY
DISCOVERY
- 2

FREEMAN LAW FIRM, INC.
1107 ½ Tacoma Avenue South
Tacoma, WA 98042
(253) 383-4500 - (253) 383-4501 (fax)

associated with the company. There is no listed director, CEO, board members, or even employees of the company. In addition, there is no agent assigned for acceptance of documents for Nivun Pte Ltd.

11. The address associated with Nivun Pte Ltd. is nothing more than a mail box location. There is no actual working physical office for Nivun Pte Ltd.

12. Nivun Pte Ltd. appears to be nothing more than a straw company created to shield the actual operators of spankbang.com.

13. The Designation appoints "Copyright Agent" at 6750 N. Andrews Ave, Suite 200, Fort Lauderdale, Florida to receive notification of claimed copyright infringements.

14. From my previous investigations, I know this address and reference of "Copyright Agent" to be that of Incorporate Now, the same as listed on the letterhead of the Designation filed with the United States Copyright Office. Incorporate Now will have information regarding the true identity of the Defendants, such as direct individual contacts and from whom payment for services is received.

15. My investigations regarding the website Spankbang.com has revealed the website hosting information as well as the domain and registrar information. The website utilizes servers owned by Cloudflare, Inc. located in Phoenix, Arizona. Defendant Spankbang.Com domain name is held by Whoisguard, Inc., using registrar Enom, Inc. Whoisguard, Inc. is a foreign corporation located in the Republic of Panama. Enom, Inc. is a division of Rightside Operating Co., a Washington corporation with headquarters located in Kirkland, Washington. The vendors will have information regarding the true identity of the Defendants, such as direct individual contacts and from whom payment for services is received.

DECLARATION OF JASON TUCKER IN SUPPORT
OF PLAINTIFF'S *EX PARTE* MOTION FOR EARLY
DISCOVERY
- 3

FREEMAN LAW FIRM, INC.
1107 ½ Tacoma Avenue South
Tacoma, WA 98042
(253) 383-4500 - (253) 383-4501 (fax)

16. Traffic Haus, LLC, based in San Diego, California, sells advertising on Spankbang.com and pays Defendants for that advertising. Traffic Haus will have information regarding the true identity of the Defendants, such as to whom exactly payment is made.

17. From March 26, 2105 through August 28, 2015, Defendants contract with Namecheap, Inc., based in California for DNS services. Defendants subsequently moved to Cloudflare, Inc. for DNS services. Namecheap, Inc. will likely retain information regarding the true identity of the Defendants.

I declare under the penalty of perjury under the laws of the State of Washington that the foregoing is true and correct.

Execute on the 14th day of April, 2016 at Phoenix, Arizona.

Jason Tucker

DECLARATION OF JASON TUCKER IN SUPPORT
OF PLAINTIFF'S *EX PARTE* MOTION FOR EARLY
DISCOVERY
- 4

FREEMAN LAW FIRM, INC.
1107 ½ Tacoma Avenue South
Tacoma, WA 98042
(253) 383-4500 - (253) 383-4501 (fax)

# **EXHIBIT A**

 INCORPORATE**NOW**    incorporatenow.com

# Interim Designation of Agent to Receive Notification of Claimed Infringement

| | |
|---|---|
| Full Legal Name of Service Provider | Nivun Pte Ltd |
| Alternative Name(s) of Service Provider (including all names under which the serviceprovider is doing business) | spankbang.com |
| Address of Service Provider | 20 Cecil Street, #14-01 Equity Plaza, Singapore, 049705 |
| Name of Agent Designated to Receive Notification of Claimed Infringement | Copyright Agent |
| Full Address of Designated Agent to which Notification Should be Sent (a P.O. Box or similar designation is not acceptable except where it is the only address that can be used in the geographic location) | 6750 N. Andrews Ave., Suite 200 Fort Lauderdale FL 33309 |
| Telephone Number of Designated Agent : | (954) 773-8743 |
| Facsimile Number of Designated Agent : | (954) 414-0865 |
| Email Address of Designated Agent : | dmca@spankbang.com |
| Signature of Officer or Representative of the Designating Service Provider | [signature redacted] |
| Date | April 2, 2015 |
| Typed or Printed Name and Title: | Matthew Shayefar, Attorney |

Scanned APR 2 8 2015

Received APR 0 7 2015 Copyright Office