HON. RICHARD A. JONES

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# SEATTLE DIVISION

| | |
|---|---|
| AMA MULTIMEDIA, LLC., | Case No.: 2:16-cv-00435-RAJ |
| Plaintiff, | MINUTE ORDER |
| vs. | |
| SPANKBANG.COM, et al., | |
| Defendants. | |

The following minute order is made by the direction of the Court, the Honorable Richard A. Jones:

The Court finds that Plaintiff has acted diligently and in good faith in attempting to complete service of process, the delay in complete service of process is caused by the Defendants' actions in keeping hidden the owners and/or operators of the web sites at issue, Plaintiff has established good cause for the extension of time for service of process, and there is no prejudice to the Defendants by extending time for service of process.

Accordingly, it is ordered that Plaintiff's Motion to Extend Time For Service of Process (Dkt. #9) is GRANTED and the time for service of process is extended 60 days.

DATED this 28th day of July, 2016.

WILLIAM M. McCOOL,
Clerk of the Court

*/s/ Victoria Ericksen*
Deputy Clerk to Hon. Richard A. Jones

MINUTE ORDER - 1