1

Honorable Richard A. Jones

2

3

4

5

6

7                            UNITED STATES DISTRICT COURT
                           WESTERN DISTRICT OF WASHINGTON
8                                   SEATTLE DIVISION

9     AMA MULTIMEDIA, LLC, a Nevada limited
      liability company
10
                                                        Case No.:  **2:16-cv-00435-RAJ**
11                Plaintiff,

                                                        **NOTICE OF VOLUNTARY**
12          vs.                                         **DISMISSAL PURSUANT TO F.R.Civ.P.**
                                                        **41(a)(1)(A)(i)**
13    SPANKBANG.COM; NIVUN PTE LTD, a
      foreign corporation, individually and d/b/a
14    SPANKBANG.COM; and John Does 1-20,

15                Defendants.

16

17

18          Pursuant to FRCP 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiff

19    AMA Multimedia, LLC hereby gives notice that the above-captioned action is voluntarily

20    dismissed, without prejudice, as to all Defendants.  Documents and information produced in

21    the course of early discovery conducted by Plaintiff disclosed that the true operator of the

22    website, Spankbang.com, and of Nivun Pte Ltd resides within the jurisdiction of the United

23    States District Court for the Central District of California.  Plaintiff will re-file its action in

24    that court where jurisdiction will be proper.

25

26

PLAINTIFF'S NOTICE OF RULE 41(a)(1)(A)(i)
DISMISSAL - 1

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26

RESPECTFULLY SUBMITTED this 2nd day of November, 2016.

**FREEMAN LAW FIRM, INC.**


*/s/ Spencer D. Freeman*
Spencer D. Freeman, WSBA#25069
Attorneys for Plaintiff

**FREEMAN LAW FIRM, INC.**
1107 ½ Tacoma Avenue South
Tacoma, WA 98042
(253) 383-4500 - (253) 383-4501 (fax)